Gina M. Corena, Esq.
Nevada Bar No. 10330
gina@lawofficecorena.com
Christopher L. Benner, Esq.
Nevada Bar No. 8963
ChristopherLB@lawofficecorena.com
GINA CORENA & ASSOCIATES
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT OF NEVADA

| | |
|---|---|
| ROSELYN VILLAVICENCIO YOUNG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY; DOES I-XV, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-00001-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[ECF 7] (First Request)**<br><br>New deadline: 2/6/25 |

Plaintiff Roselyn Villavicencio Young ("**Plaintiff**"), by and through counsel of record, GINA CORENA & ASSOCIATES, and Defendant, Geico Casualty Company, by and through their respective counsel of record, hereby stipulate to extend the time for Plaintiff to Respond to Defendant's Motion to Dismiss [ECF 7], filed on January 9, 2025, with a current deadline of January 23, 2025, by two (2) weeks, to February 6, 2025. This is the first stipulation for extension to respond to the Motion to Dismiss, being made before the current deadline of January 23, 2025. The parties are in active settlement discussions which may resolve this matter, and in the course of same have determined a reasonable extension is in all parties interest, and will not prejudice or unduly burden either party.

/ / /

/ / /

/ / /

1

The new deadline to respond will be February 6, 2025.

| | |
|---|---|
| DATED January 22, 2025 | DATED January 22, 2025 |
| GINA CORENA & ASSOCIATES | MCCORMICK, BARSTOW, ET AL. |
| */s/ Christopher Benner* | */s/ Jonathan Carlson* |
| Gina M. Corena, Esq. | Jonathan Carlson |
| Nevada Bar No. 10330 | Nevada Bar No. 10536 |
| Christopher L. Benner, Esq. | Chelsea M. Bravin |
| Nevada Bar No. 8963 | Nevada Bar No. 16503 |
| 300 S. Fourth Street, Suite 1400 | 8337 West Sunset Road, Suite 350 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89113 |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |

## ORDER

Based on the parties' stipulation [ECF No. 11] and with good cause appearing, IT IS ORDERED that the deadline to oppose the motion to dismiss [ECF No. 7] is extended to February 6, 2025.

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/28/25

2