1  Gina M. Corena, Esq.
   Nevada Bar No. 10330
2  gina@lawofficecorena.com
   Christopher L. Benner, Esq.
3  Nevada Bar No. 8963
4  ChristopherLB@lawofficecorena.com
   GINA CORENA & ASSOCIATES
5  300 S. Fourth Street, Suite 1400
   Las Vegas, Nevada 89101
6  Telephone: (702) 680-1111
   Facsimile: (888) 897-6507
7  *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT OF NEVADA**

| | |
|---|---|
| ROSELYN VILLAVICENCIO YOUNG, an individual;<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY; DOES I-XV, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO. 2:25-CV-00001-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>**[ECF 7](Second Request)**<br><br>**New Deadline<br>February 13, 2025** |

Plaintiff Roselyn Villavicencio Young ("Plaintiff"), and Defendant, Geico Casualty Company, by and through their respective counsel of record, hereby stipulate to extend the time for Plaintiff to Respond to Defendant's Motion to Dismiss [ECF 7], filed on January 9, 2025, with a current deadline of February 6, 2025, by one (1) additional week, to February 13, 2025. This is the second stipulation for extension to respond to the Motion to Dismiss, being made before the current deadline of February 6, 2025. The parties are in active settlement discussions which may resolve this matter, have exchanged the material terms and are awaiting client responses, and in the course of same have determined a reasonable extension is in all parties' interest, and will not prejudice or unduly burden either party.

\\\

\\\

1

The new deadline to respond will be February 13, 2025.

DATED February 4, 2025

DATED February 4, 2025

GINA CORENA & ASSOCIATES

MCCORMICK, BARSTOW, ET AL.

/s/ Christopher Benner
Gina M. Corena, Esq.
Nevada Bar No. 10330
Christopher L. Benner, Esq.
Nevada Bar No. 8963
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Roselyn Villavicencio Young*

/s/ Jonathan Carlson
Jonathan Carlson
Nevada Bar No. 10536
Chelsea M. Bravin
Nevada Bar No. 16503
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
*Attorneys for Geico Casualty Company*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 2-6-25