1  McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2  Jonathan W. Carlson
Nevada Bar No. 10536
3    *jonathan.carlson@mccormickbarstow.com*
Chelsea M. Bravin
4  Nevada Bar No. 16503
  *chelsea.bravin@mccormickbarstow.com*
5  8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
6  Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101
7
Attorneys for Defendant GEICO CASUALTY
8  COMPANY

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11

12  ROSELYN VILLAVICENCIO YOUNG, an          Case No. 2:25-cv-00001-JAD-EJY
    individual,
13                                           **STIPULATION AND ORDER**
              Plaintiff,                     **REGARDING DISMISSAL WITH**
14                                           **PREJUDICE**
          v.
15                                                ECF No. 21
    GEICO CASUALTY COMPANY; DOES I-
16  XV and ROE CORPORATIONS I-X,
    inclusive,
17
              Defendants.
18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP                                  Case No. 2:25-cv-00001-JAD-EJY
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

1    IT IS HEREBY STIPULATED by Plaintiff ROSELYN VILLAVICENCIO YOUNG, by

2   and through her counsel of record, and Defendant GEICO CASUALTY COMPANY, by and

3   through their counsel of record that the above-entitled matter be dismissed with prejudice against

4   Defendant GEICO CASUALTY COMPANY, the parties to bear their own costs and attorneys' fees.

5

6   IT IS SO STIPULATED.

7            Dated: March 7, 2025                              Dated: March 7, 2025

8      GINA CORENA & ASSOCIATES          McCORMICK, BARSTOW, SHEPPARD,
                                                        WAYTE & CARRUTH LLP
9

10   By: _/s/Christopher L. Benner_____     By: _/s/Jonathan W. Carlson_____
           Gina M. Corena, Esq.                        Jonathan W. Carlson
11         Nevada Bar No.: 10330                       Nevada Bar No. 10536
         Christopher L. Benner, Esq.                   Chelsea M. Bravin
12         Nevada Bar No. 8963                         Nevada Bar No. 16503
        300 S. Fourth Street, Suite 1400        8337 West Sunset Road, Suite 350
13         Las Vegas, NV 89101                      Las Vegas, Nevada 89113
          Attorney for Plaintiff                     Attorneys for Defendant
14                                                   GEICO Casualty Company

15

                                       **ORDER**
16

17       Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS

18   ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and
     costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

19

20   _____
     U.S. District Judge Jennifer A. Dorsey
21   Dated: March 10, 2025

22

23

24   11150167.1

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2                    Case No. 2:25-cv-00001-JAD-EJY